IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.C., as mother and legal guardian of I.R. (a minor),<br><br>    Plaintiff,<br><br>v.<br><br>RITI, INC. d/b/a AMERICAN INN & SUITES,<br><br>    Defendant. | CIVIL ACTION FILE NO.:<br>1:22-cv-00848-MHC |

## ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE MATTERS UNDER SEAL

Before this Court is the parties' Consent Motion for Leave to File Matters Under Seal. Plaintiffs and Defendant request that Defendant be permitted to file under seal the Defendant's June 9, 2023 Notice of Issuance of Subpoenas (Doc. #81).

The Court concludes that there is good cause to grant leave to file the Defendant's June 9, 2023, Notice of Issuance of Subpoenas under seal, and

therefore, the Court GRANTS the parties' Consent Motion for Leave to File Matters Under Seal.

So ORDERED this 16th day of of June, 2023.

_____
Hon. Mark H. Cohen
United States District Judge

Prepared by:

*/s/ Brian R. Neary*
Brian R. Neary
Georgia State Bar No. 536175
**Attorney for Defendant**


**CONSENTED TO BY:**

*/s/ Belle Anne Cooper (By BRN)*
Belle-Anne Cooper
Georgia State Bar No. 561983
*(signed with express permission by Brian R. Neary)*
**Attorney for Plaintiff**