IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.C. as mother and legal guardian of I.R. (a minor), | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | FILE NO.: 1:22-CV-00848-MHC |
| RITI, INC d/b/a AMERICAN INN & SUITES, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVING DISCOVERY PURSUANT TO RULE 5.4**

Pursuant to Local Rule 5.4, Plaintiff is filing this Certificate to alert the Court that the following pleadings were served on Defendant:

1. ***Plaintiff's Sixth Supplemental Document Production***

I certify that I have served a true and correct copy of the foregoing upon all counsel of record by U.S. Postal Service or another approved method of service, at the following address:

Brian R. Neary
D. Health Williamson
WEBB, ZCHUNKE, NEARY & DIKEMAN, LLP
One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, GA 30305

bneary@wznd.net
hwilliamson@wznd.net

This 20th day of June, 2023.

**THE STODDARD FIRM**

*/s/ Belle-Anne B. Cooper*
Matthew B. Stoddard, Esq.
Georgia Bar No. 558215
Belle-Anne B. Cooper, Esq.
Ga. Bar No.: 561983
1534 N Decatur Road
P: 470-467-2200
F: 470-467-1300
matt@LegalHelpGa.com
ba@legalhelpga.com
***Attorneys for Plaintiff***

**CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing document has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the pleading was prepared using Times New Roman font, point 14.

This 20th day of June, 2023.

*/s/ Belle-Anne B. Cooper*
Belle-Anne B. Cooper, Esq.