IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| I.R. ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO.: |
| v. ) | 1:22-cv-00848-MHC |
| ) | |
| RITI, INC. d/b/a AMERICAN INN ) | |
| & SUITES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## RULE 26 EXPERT DISCLOSURE
## OF DR. KIMBERLY MEHLMAN-OROZCO

COMES NOW, Defendant Riti, Inc d/b/a American Inn & Suites ("Defendant"), and, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, provide the following information regarding retained expert witness Dr. Kimberly Mehlman-Orozco ("Dr. Mehlman-Orozco").

A complete statement of the opinions of Dr. Mehlman-Orozco and the facts and data considered by Dr. Mehlman-Orozco are contained in her Report, dated July 26, 2023. The Report is being provided herewith as Exhibit 1. A list of Dr. Mehlman-Orozco's qualifications, and a list of all other cases in which Dr. Mehlman-Orozco has testified in at least the last four years is included with Exhibit 1. When Dr. Mehlman-Orozco reviewed the records in this case, and prepared her

opinion, she was compensated at $1,125.00 per hour. Dr. Mehlman-Orozco is currently being compensated at the rate of $1,125.00 per hour for both testimonial and non-testimonial time. Her compensation is unaffected by the outcome of this matter.

    Respectfully submitted this 28th day of July, 2023.

                                    WEBB, ZSCHUNKE, NEARY,
                                    & DIKEMAN, LLP

                                    */s/ D. Heath Williamson*
                                    Brian R. Neary
                                    Georgia State Bar No. 536175
                                    D. Heath Williamson
                                    Georgia State Bar No. 448218
                                    ***Attorneys for Defendant Riti, Inc.***
                                    ***d/b/a American Inn & Suites***

One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, GA  30305
Telephone: 404.264.1080
Telecopier: 404.264.4520
bneary@wznd.net
hwilliamson@wznd.net

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a true and correct copy of the foregoing pleading to be filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record at:

Matthew B. Stoddard
Belle-Anne Cooper
THE STODDARD FIRM
1534 N. Decatur Road
Atlanta, Georgia 30307
Matt@LegalHelpGa.com
Ba@LegalHelpGa.com

This 28th day of July, 2023.

/s/ D. Heath Williamson
Brian R. Neary
Georgia State Bar No. 536175
D. Heath Williamson
Georgia State Bar No. 448218
**Attorneys for Defendant Riti, Inc.**
**d/b/a American Inn & Suites**

One Ameris Center, Suite 1210
3490 Piedmont Road, N.E.
Atlanta, GA  30305
Telephone: 404.264.1080
Telecopier: 404.264.4520
bneary@wznd.net
hwilliamson@wznd.net